**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ABRAHAM SABEL,

                    Plaintiff,

      -against-                             20 **CIVIL** 1216 (CS)

**JUDGMENT**

HALSTEAD FINANCIAL SERVICES LLC,
and LVNV FUNDING, LLC,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 26, 2020, Defendants' motion to dismiss is GRANTED and Plaintiff's §§ 1692g and 1692e claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      October 26, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                    **BY:**     _K. Mango_

                                                   **Deputy Clerk**